Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
VERICREST FINANCIAL, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. DANIELS and RENEE N. DANIELS, <br><br> Plaintiff, <br><br> vs. <br><br> CITIMORTGAGE, INC., VERICREST FINANCIAL, INC. and DOES 1-10, inclusive <br><br> Defendants. | CASE NO. 8:12-cv-00011-AG-AN <br><br> Honorable Andrew Guilford <br><br> **JUDGMENT.** <br><br> Date: February 13, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 10D <br><br> Complaint filed November 30, 2011 |

---

JUDGMENT OF DISMISSAL AS TO DEFENDANT VERICREST FINANCIAL, INC.
*Daniels, et al. v CitiMortgage, Inc., et al.*, No. 8:12-cv-00011-AG-AN

///

///

///

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's February 13, 2012 Order Granting Defendants' Motion to Dismiss and Denying Motion to Strike as Moot, IT IS ORDERED AND ADJUDGED that Plaintiffs William T. Daniels and Renee N. Daniels' ("Plaintiffs") Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be entered in favor of all defendants. and against Plaintiffs as to each and every cause of action set forth in Plaintiffs' Complaint, and that Plaintiffs take nothing by way of their claims.

Dated: _February 15, 2012

_____
Hon. Andrew Guilford
United States District Court Judge

LA 711424

2

JUDGMENT OF DISMISSAL AS TO DEFENDANT VERICREST FINANCIAL, INC.
*Daniels, et al. v CitiMortgage, Inc., et al.*, No. 8:12-cv-00011-AG-AN